■ ABDUL-JABBOR MALIK, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 112866.) [858 NYS2d 623]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered

February 21, 2007. The order, insofar as appealed from, denied the cross motion of defendant to dismiss the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Scott v State of New York*, 18 Misc 3d 455 [2006], *affd for reasons stated* 46 AD3d 664 [2007]). Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ.